**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://www.musicconnection.com/remembering-eddie-van-halen/

